UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>Respondent. | No. 2:21-cv-00228 GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 1, 2021, the court granted petitioner thirty days to file an in forma pauperis affidavit, or pay the required filing fee, and file an amended petition in compliance with the court's instructions. ECF No. 5. However, petitioner has failed to respond in in compliance with the court's order. Moreover, petitioner was warned "failure to comply with this order will result in the dismissal of this action." ECF No. 5 at 2.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a court order pursuant to Federal Rule of Civil Procedure 41(b). The filing of an in forma pauperis

////

////

////

1

affidavit, or payment of the required filing fee, and an amended petition within this timeframe will serve as cause and will discharge this order.

Dated: May 24, 2021

                                      <u>/s/ Gregory G. Hollows</u>
                              UNITED STATES MAGISTRATE JUDGE